UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JARON B. BUTLER,<br><br>    Petitioner<br>v.<br><br>JUDGE DAVID MITCHELL,<br>ROBERT GRANGER, TRAVIS<br>WILLEY, ANNA EDMUND, BETH<br>HAMM, MISTY PROBST, and<br>MOLLY OWENS,<br><br>    Respondents | No. 1:24-cv-352-LEW |

## ORDER AFFIRMING RECOMMENDED DECISION

On October 23, 2024, United States Magistrate Judge John C. Nivison filed with the court, with copies to Petitioner, his Recommended Decision (ECF No. 5) on Plaintiff Jaron B. Butler's Petition for Writ of Habeas Corpus filed October 15, 2024 (ECF No. 1). Judge Nivison's recommendation is that the Court dismiss the Petition because it consists entirely of a catalogue of legal authority without setting forth any facts in support of a claim.

The time within which to file objections expired on November 6, 2024, and no objection was filed. The Magistrate Judge notified Petitioner that failure to object would waive his right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is AFFIRMED and ADOPTED (ECF No. 5). This case is dismissed.

**SO ORDERED.**

Dated this 14th day of January, 2025.

                                                        /s/ Lance E. Walker<br>
                                                        Chief U.S. District Judge