UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JARON B. BUTLER, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | 1:24-cv-00352-LEW |
| | ) | |
| JUDGE DAVID MITCHELL, et al., | ) | |
| | ) | |
| Respondents | ) | |

**RECOMMENDED DECISION ON SUPPLEMENTAL
MOTION FOR RELIEF FROM JUDGMENT**

On January 21, 2025, I recommended the Court dismiss Petitioner's post-judgment pleading, which was construed as a motion for relief from judgment. (Recommended Decision, ECF No. 9.) The next day, and undoubtedly before Petitioner received the Recommended Decision, Petitioner filed a very similar document, which was construed and docketed as a supplemental request for relief from judgment. (Supplemental Motion, ECF No. 10.)

Petitioner's supplemental request fails for the same reasons his first motion for relief from judgment fails. I incorporate in this Recommended Decision the analysis in the Recommended Decision on Petitioner's initial motion for relief from judgment. Based on that analysis, I recommend the Court deny Petitioner's supplemental motion for relief from judgment.

## NOTICE

      A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. 636(b)(1)(B) for which de novo review by the district court is sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof.

      Failure to file a timely objection shall constitute a waiver of the right to de novo review by the district court and to appeal the district court's order.

                                            /s/ John C. Nivison
                                            U.S. Magistrate Judge

Dated this 24th day of January, 2025.