UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JARON B. BUTLER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) 1:24-cv-00352-LEW |
| | ) |
| DAVID MITCHELL, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER AFFIRMING RECOMMENDED DECISIONS**
**OF THE MAGISTRATE JUDGE**

On January 14, 2025, I issued an order accepting the Report and Recommended Decision of Magistrate Judge John C. Nivison (ECF No. 6) and I ordered that the case be dismissed. On January 16, Plaintiff filed a Motion for Relief from Judgment (ECF No. 8) and on January 21, Magistrate Judge Nivison issued a Report and Recommended Decision (ECF No. 9) with a copy to the Plaintiff with objections due February 4, 2025. On January 22, Plaintiff filed a Supplemental Motion for Relief from Judgment (ECF No. 10). On January 24, Magistrate Judge Nivison issued another Report and Recommended Decision, with a copy to the Plaintiff, recommending that the request for relief be dismissed and with any objections due by February 7, 2025 (ECF No. 11). The time within which to file objections has expired and no objection was filed. The Magistrate Judge notified the Plainitff that failure to object would waive his right to *de novo* review and appeal. Furthermore, upon *de novo* review I concur with the assessment of the Magistrate Judge and find that no futher proceeding is needed in this matter.

It is therefore ORDERED that the Recommended Decisions of the Magistrate Judge are hereby AFFIRMED and ADOPTED and the case is dismissed (ECF Nos. 9 and 11).

**SO ORDERED.**

Dated this 12th day of March, 2025.

/s/ Lance E. Walker
Chief U.S. District Judge